# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-2204
_____

POYET ENTERPRISES, INC.,
a Florida corporation,

     Appellant,

     v.

JAMES D. SALTER, ESQ., an
individual, DAVID MENET, ESQ.,
an individual, SALTER FEIBER
P.A., a Florida professional
corporation, and DELL GRAHAM,
P.A. (f/k/a DELL SALTER, P.A.), a
Florida professional corporation.

     Appellees.

_____

On appeal from the Circuit Court for Alachua County.
William R. Slaughter, Judge.

November 9, 2023

PER CURIAM.

     AFFIRMED.

ROWE, RAY, and NORDBY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Randall D. Burks and Robin Bresky of Schwartz Sladkus Reich Greenberg Atlas LLP, Boca Raton, for Appellant.

Michael R. D'Lugo of Wicker Smith O'Hara McCoy & Ford, P.A., Orlando, for Appellees.